No. 692. ALLEGHANY CORPORATION ET AL. *v.* BRESWICK & Co. ET AL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. The motions of Adelaide Neuwirth and Joseph S. Gruss et al. for leave to join in the jurisdictional statement of the Alleghany Corporation are granted. The motions to advance are denied. *David Hartfield, Jr., Edward K. Wheeler, Orison S. Marden, William L. Williams* and *Robert G. Seaks* for the Alleghany Corporation, *Harold H. Levin* for Gruss et al., and

*Alexander Kahan* for Neuwirth et al., appellants. *George Brussel, Jr.* for Breswick & Co. et al., appellees.